UNITED STATES DISTRICT COURT                                    Exhibit 1
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONET DANIELS,

                                    Plaintiff,              **STIPULATION      OF**
                                                            **DISCONTINUANCE**
                                                            **WITH PREJUDICE**

              **- against -**
**METROPOLITAN TRANSIT AUTHORITY,**
**NEW YORK CITY TRANSIT AUTHORITY, &**        **Docket No. l6-cv-3297**
**ELVIN VEGA, individually and in his official**
**capacity,**

                                    **Defendants.**
-----------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys

for all of the Parties, in light of a separate settlement agreement, that the above-captioned

action is hereby discontinued with prejudice against all defendants, and without application

to the Court for award for costs or attorney's fees to any party.

Dated: Brooklyn, New York
       November 30, 2016


Moore Zeman Womble, LLP                    **JAMES B. HENLY**
Attorneys at Law                           General Counsel, Transit Authority
66 Willoughby St.                          Attorney for the Defendants
Brooklyn, NY 11201                         130 Livingston Street, Rm. 1212
Fax: (516) 938-1178                        Brooklyn, New York 11201
*Attorneys for Plaintiff*                  (718) 694-3893
                                           *Attorney for Defendants NYCTA, MTA (on*
                                           *behalf of all named defendants)*



By: _____             By: _____
    KEN WOMBLE , **ESQ.**                   **MARIEL A. THOMPSON, ESQ.**